ALLEN H. METZ, Respondent, v. ATLANTIC CALSOMINE CO., INC., Appellant.— Order, as resettled, granting defendant's motion for judgment dismissing the complaint unless the plaintiff files a note of issue for the November, 1935, term, and order granting plaintiff's motion to resettle an order dismissing the complaint, and also order granting defendant's motion to dismiss the complaint unless plaintiff file a note of issue for the October, 1935, term, in which event motion is deemed denied, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY SILLEKENS, Appellant, v. JOHN W. NEARY, as Receiver, Defendant, Impleaded with FREDERICK L. FLYNN, INC., Respondent.— Order denying plaintiff's motion for an examination before trial of Frederick L. Flynn, Inc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ATLAS TELEVISION CO., INC., Assignor, to NATHANIEL H. MANDELKER, Assignee, Appellant. THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, modifying the assignee's account so as to include the city of New York as a preferential claimant to the extent of $1,314.08 reversed, with twenty dollars costs and disbursements, and the provision including the city of New York as a preferential claimant to the extent of $1,314.08 stricken out. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; McAvoy and Glennon, JJ., dissent and vote for affirmance.

PAUL MADEMANN, Respondent, v. RAYMOND B. STRINGHAM, Appellant, Impleaded with Another.— Order granting plaintiff's motion for an examination before trial of defendant-appellant as an adverse party unanimously modified by limiting the examination to items 21 and 22, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIAM A. MANN, Respondent, for an Order of Mandamus against FRANK J. TAYLOR, Comptroller of the City of New York, Appellant.— Order directing that a peremptory order of mandamus issue, and the peremptory order of mandamus entered on or about June 16, 1936, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of OWEN QUINN, Respondent, against FIORELLO H. LAGUARDIA, Mayor of the City of New York, and Others, Appellants. — Order granting petitioner's motion for an alternative order of mandamus unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DINA LUICK and EUGENE LUICK, Appellants, v. NEW YORK RAILWAYS CORPORATION, Respondent.— Order denying plaintiffs' motion to relieve them from discontinuance agreed to by their attorney, and to restore cause to the calendar for a day certain unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.